ADAMS *v.* STATE

[No. 117, October Term, 1951.]

*Decided December 4, 1951.*

The cause was argued before MARBURY, C. J., and DELAPLAINE, COLLINS, HENDERSON and MARKELL, JJ.

*J. Francis Ford,* with whom was *Joseph H. A. Rogan* on the brief, for the appellant.

The Court declined to hear argument for the appellee.

*Hall Hammond, Attorney General, J. Edgar Harvey, Deputy Attorney General,* and *Anselm Sodaro, State's Attorney for Baltimore City,* on the brief, for the appellee.

PER CURIAM.

ORDERED by the Court of Appeals of Maryland this 4th day of December, 1951, that the appeal in the above entitled case be, and the same is hereby dismissed, because it is not from a final judgment. *State v. Haas,* 188 Md. 63, 51 A. 2d 647, *Kinnard v. State,* 183 Md. 377, 384, 38 A. 2d 92. No further opinion will be filed. The Clerk is directed to transmit the mandate immediately to the Criminal Court of Baltimore.